**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SONOHM LICENSING LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **ARBOR SOLUTION, INC.,** <br><br> Defendant. | PATENT <br><br> Case No. 3:19-cv-06169 TSH <br><br> ~~[PROPOSED]~~ ORDER TO DISMISS ARBOR SOLUTION, INC. WITHOUT PREJUDICE |

The Stipulation of Dismissal Without Prejudice which stipulates that all claims in this action asserted between Sonohm licensing LLC and Arbor Solution, Inc. are dismissed WITHOUT PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Sonohm licensing LLC and Arbor Solution, Inc. are DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

DATED: 1/7/2020

_____
~~United States District Judge~~
Thomas S. Hixson,
United States Magistrate Judge